

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00164-CR

| | | |
|---|---|---|
| Ex parte Taymor Travon McIntyre | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1511574D) |
| | § | August 16, 2018 |
| | § | Per Curiam |
| | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM